In the Matter of MORRIS BERMAN, Appellant, against BERNARD J. GILLROY, as Commissioner of Housing and Buildings of the City of New York, et al., Respondents.— Order affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.; Shientag, J., dissents in part in the following memo: I concur solely with respect to the lateness charge and vote to reverse and to remit

the proceedings to the commissioner of the department of housing and buildings of the city of New York for the determination of an appropriate punishment in connection with that charge. [198 Misc. 369.]